IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANA OLIPHANT | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-cv-00400 |
| | § | |
| COSTCO WHOLESALE CORPORATION | § | |
| | § | |
| | § | |
| DEFENDANT | § | |

**PLAINTIFF AND DEFENDANT'S STIPULATION REGARDING
DISCOVERY PURSUANT TO FED. R. CIV. P. 29**

COMES NOW, Plaintiff, DIANA OLIPHANT and Defendant, COSTCO WHOLESALE CORPORATION ("PARTIES"). The parties enter into an agreed stipulation regarding discovery procedure. This stipulation is made pursuant to Federal Rule of Civil Procedure 29, and it is agreed and stipulated as follows:

"Pursuant to the Court's 'Docket Control Order,' signed on June 4, 2025, the deadline for the Completion of Discovery was January 30, 2026. The Parties now agree and stipulate the deadline for the Completion of Discovery will be **March 18, 2026**.

The Parties further agree and stipulate that the deadline for All Other Pretrial Motions will be **April 10, 2026**."

#6482057

Respectfully submitted,

**TERRY & THWEATT, P.C.**

By: */s/ L. Lee Thweatt*
     L. Lee Thweatt
     Attorney In Charge
     Texas Bar No. 24008160
     Federal I.D. No. 36618
     lthweatt@terrythweatt.com
     Joseph D. Terry
     Texas Bar No. 24013618
     Federal I.D. No. 24206
     jterry@terrythweatt.com
     114 Byrne Street
     Houston, Texas 77009
     (713) 600-4710 Telephone
     (713) 600-4706 Telecopier

**ATTORNEYS FOR PLAINTIFF**

#6482057

AGREED AND STIPULATED:

**BLUE WILLIAMS LLC**

By:  /s/ *David W. Medack*
David W. Medack, TBN: 13892950
Fed. Id. No.: 15597
14100 Southwest Freeway, Suite 300
Sugar Land, Texas 77478
TEL: (713) 772-6400
FAX: (713) 772-6495
EMAIL: DMEDACK@BLUEWILLIAMS.COM

***ATTORNEYS IN CHARGE FOR DEFENDANT,
COSTCO WHOLESALE CORPORATION***

#6482057

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing has been served upon all known counsel of record, by electronic means, on this the 9th day of February 2026.

By: */s/ L. Lee Thweatt*

#6482057